SCHOUTEN, Respondent, *v.* TOWN OF LAPEER, Appellant.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Angeline A. Schouten against the town of Lapeer.

No opinion.　Order affirmed, without costs.

---

SHAVER, Respondent, *v.* SHAVER *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Daniel Shaver against Allie Shaver as executor, and others.

No opinion.　Order affirmed, with $10 costs and disbursements.

---

SHEAD, Appellant, *v.* BAUTER *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Marion Shead against Jeremiah Bauter.

No opinion.　Judgment reversed, and a new trial ordered, with costs to abide the event.

---

SHERMAN, Respondent, *v.* SHERMAN, Appellant.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Jane A. Sherman against Thomas P. Sherman.

No opinion.　Order affirmed, with $10 costs and disbursements.　See 6 N. Y. Supp. 946.

---

*In re* SMITH'S ESTATE, (SMITH *et al.*, Appellants; AYLESWORTH, District Attorney, Respondent.)

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

No opinion.　Order affirmed, with $10 costs and disbursements.

---

SPRING, Respondent, *v.* LIFE UNION, Appellant.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

No opinion.　Judgment and order affirmed, with costs.

---

STREVER, Respondent, *v.* EARL, Appellant.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Almira N. Strever against Orrin R. Earl.

No opinion.　Motion for leave to appeal to the court of appeals denied; motion for reargument denied.　For decision on appeal, see 15 N. Y. Supp. 350.

---

VAN ALLEN, Respondent, *v.* GLASS *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.　October 3, 1891.)*

Action by Hattie E. Van Allen against James H. Glass and another.

Motion denied.　For decision on appeal, see 15 N. Y. Supp. 261.